JACOB H. ENGEL, Appellant, v. ANNA M. ENGEL, Respondent.— Order so far

as appealed from modified by providing that the child is the legitimate offspring of both the plaintiff and the defendant, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.